UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SAHARA MARTINEZ, ET AL.

VERSUS

ASSIC TRUCKING CO., ET AL.

CIVIL ACTION

25-847-SDD-RLB

### RULING

The Court has carefully considered the *Motion,*[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Richard L. Bourgeois, Jr. dated April 2, 2026, to which no objection has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that Motion to Remand (R. Doc. 9) is **GRANTED**, and this action is **REMANDED** to the 23rd Judicial District Court of Ascension Parish. Each party shall bear its own costs.

Signed in Baton Rouge, Louisiana, on this 6th day of May, 2026.

_____
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 9.
[2] Rec. Doc. 22.

23rd JDC - Certified